# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DANIEL RODRIGUEZ,<br><br>  Defendant. | Case No.: 20CR2104-JLS<br><br>The Honorable Janis L. Sammartino<br><br>**JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING** |

FOR GOOD CAUSE APPEARING:

The joint motion continue the Motion Hearing/Trial Setting currently set for September 21, 2022 is hereby continued from September 21, 2022 to November 4, 2022 at 1:30 p.m. Time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: September 14, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge